IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOSHUA VOWELL | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:23-cv-1088 |
| SHELTER MUTUAL INSURANCE COMPANY and JOHN PRICE | ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) ) | |

## MOTION TO DISMISS DEFENDANT, SHELTER MUTUAL INSURANCE COMPANY

Comes now the Defendant, Shelter Mutual Insurance Company ("Shelter"), by and through counsel, and moves this Honorable Court to dismiss with prejudice the allegations against it as filed in Plaintiff's Complaint, pursuant to Rule 12(b)(5) and (6) of the Fed. R. Civ. P. As discussed further in the memorandum filed contemporaneously in support of this Motion, Defendant Shelter should be dismissed as a matter of law because the claims against contained in Plaintiff's Complaint fail as a matter of law.

**WHEREFORE,** Defendant, Shelter Mutual Insurance Company, respectfully requests this Court grant this motion to dismiss, with prejudice, all claims made by Plaintiff relating to the allegations of violations of Plaintiff's complaint, and for other relief that this Court deems just and proper.

Respectfully submitted,

　　/s E. Jason Ferrell
**E. JASON FERRELL**
Registration No. 24425
**JAMIE ELIZABETH GLASS**
Registration No. 38731

DIRECT: (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com

**BREWER, KRAUSE, BROOKS, CHASTAIN
& MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228
Attorneys for Shelter Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2023, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Drayton Berkley, Esq.
The Berkley Law Firm, PLLC
1255 Lynnfield Road, Suite 226
Memphis, TN 38119
attorneyberkley@gmail.com
Attorney for Plaintiff

    /s E. Jason Ferrell
**E. JASON FERRELL**