# The State of Tennessee, Madison County
## Circuit Court

**ORIGINAL**
IF THIS STAMP IS NOT IN RED, IT IS NOT AN ORIGINAL

Joshua Vowell

SUMMONS IN A CIVIL ACTION

No. 57-C-23-83 DIV II

vs.                                Plaintiff

Shelter Mutual Insurance Company and John Price

1315 Mainstream Drive Ste 101
Nashville, TN 37228

Jason Ferrell, Esq.
Brewer, Krause, Brooks + Chastain PLLC

**FILED APR 24 2023**
GAIL MOONEY, CIRCUIT COURT CLERK
DEPUTY CLERK

Defendant(s)                       Address

To the above named defendant(s):

You are hereby summoned and required to answer, in writing, the complaint which is herewith served upon you, and to serve a copy of same upon **Drayton Berkley**, who is plaintiff's Attorney, whose address is **1255 Lynnfield Rd Ste 226 Memphis, TN 38119**, within thirty (30) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, a judgment by default will be taken against you for the relief demanded in the complaint.

Issued this **31** day of **March**, 20**23**

ADA
IF YOU HAVE A DISABILITY AND REQUIRE ASSISTANCE PLEASE CALL
1-731-988-3070

Gail Mooney, Clerk

By: _____
Deputy Clerk

### RETURN ON SERVICE OF SUMMONS

I hereby certify and return, that on the **13** day of **APRIL**, **23**, I served this summons together with a copy of the complaint herein as follows: 

SERVED JASON FERRELL

Deputy C. Taylor
Davidson County Sheriff's Office
P.O. Box 196383 Nashville, TN. 37219-6383
Deputy Sheriff